IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER JOSEPH REED**                                              **PLAINTIFF**

v.                               **Case No. 3:25-cv-00120-JM**

**JENNIFER HOBBS, Mayor,**
**City of Wynne,** *et al.*                                              **DEFENDANTS**

## ORDER

The Court directs the Clerk to update Reed's mailing address pursuant to the address provided in Notice (Doc. 3) and mail the Court's August 28, 2025 Order (Doc. 4) to the updated address. Reed has until October 29, 2025 to respond.

IT IS SO ORDERED this 29th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE