IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER JOSEPH REED**                                             **PLAINTIFF**

v.                          **CASE No. 3:25-cv-120-JM**

**JENNIFER HOBBS,** *et al.*                                                  **DEFENDANTS**

## ORDER

Plaintiff Christopher Reed's Complaint (Doc. 2) is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis* or to otherwise respond to the Court's September 29, 2025 Order. (Doc. 4 & 6). LOCAL RULE 5.5(c)(2).

It is so ordered this 4th day of November, 2025.

                                                                 _____
                                                                  UNITED STATES DISTRICT JUDGE