IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER JOSEPH REED**                                              **PLAINTIFF**

v.                                   **CASE No. 3:25-cv-120-JM**

**JENNIFER HOBBS,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 4th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE